The Children's Hospital at Montefiore

November 19, 2021

To Whom It May Concern:

Khaitjon Rafikov (DOB 12/16/2001) is a 19-year-old young man with neurological manifestations of Wilson's disease. Khaitjon underwent a deceased donor whole liver transplant on April 16, 2018 and he is on a complex medical regimen, including anti-rejection medications. His post-transplant course was complicated by acute cellular rejection and cholestasis. As a result, on 5/1/2018 he underwent an endoscopic retrograde cholangiopancreatography (ERCP) procedure with plastic stent placement. Then on 6/12/2018 he had an ERCP with removal of his biliary stent. Additionally, Khaitjon has struggled to gain weight, and has had complaints of abdominal pain and oral ulcers.

Khaitjon's mother Madina Sharipova is responsible for administering all his medications, as well as bringing him to his frequent medical appointments. Khaitjon is closely followed by the Pediatric Transplant team at Children's Hospital at Montefiore. In the future, he may be a candidate for clinical trials for patients with Wilsons disease. Should you need additional information, please feel free to contact us at (718) 741-2332.

Sincerely,

Ryan Cunningham, CPNP
The Children's Hospital at Montefiore
Pediatric Transplant Coordinator
Liver Transplant

3415 Bainbridge Ave
Bronx, NY 10467
718-741-2152 Office
718-231-3138 Fax

Montefiore
THE UNIVERSITY HOSPITAL FOR ALBERT EINSTEIN COLLEGE OF MEDICINE